**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER J. COLE          5781-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com

PETER A. STEINMEYER (Pro Hac Vice)
(MO Bar 38305; IL Bar No. 6211874)
A. MILLIE WARNER (Pro Hac Vice)
EPSTEIN BECKER & GREEN, P.C.
227 West Monroe Street, Suite 3250
Chicago, IL  60606
Tel. No. (312) 499-1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com

Attorneys for Plaintiff
HH ASSOCIATES, U.S., INC.,
as successor to INNERWORKINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RAYMOND EVANS,<br><br>　　　　　　Defendant. | CIVIL NO. CV22-00062 JAO-KJM<br><br>PLAINTIFF HH ASSOCIATES, U.S., INC., AS SUCCESSOR TO INNERWORKINGS, INC.'S CORPORATE DISCLOSURE STATEMENT<br><br><br>No trial date set.<br>Judge:  Honorable Jill A. Otake |

1396535

**PLAINTIFF HH ASSOCIATES, U.S., INC.,
AS SUCCESSOR TO INNERWORKINGS, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff HH Associates, U.S., Inc. makes the following disclosure:

1. HH Associates U.S., Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

2. Effective at the close of business on December 31, 2021, InnerWorkings merged into HH Associates U.S., Inc.

3. Prior to December 31, 2021, InnerWorkings was wholly owned by HH Associates U.S., Inc.

DATED:   Honolulu, Hawaii, April 13, 2022.

/s/ *Christopher J. Cole*
CHRISTOPHER J. COLE
PETER A. STEINMEYER
A. MILLIE WARNER

Attorneys for Plaintiff
HH ASSOCIATES, U.S., INC.,
as successor to INNERWORKINGS, INC.