# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-CV-00062-JAO-KJM |
| CASE NAME: | HH Associates, U.S., Inc. V. Raymond Evans |
| ATTYS FOR PLA: | Allison M. Warner<br>Christopher J. Cole<br>Erik W. Weibust<br>Peter A. Steinmeyer<br>Ridhi D. Madia |
| ATTYS FOR DEFT: | Daniel Hildebrand<br>James William Rooney<br>Michelle J. Chapman |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Zoom Tele-Conference |
| DATE: | 10/05/2023 | TIME: | 9:59 - 10:20 |

COURT ACTION: EP: [29] DEFENDANT RAYMOND EVANS'S MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES held.

Arguments heard.

[29] Defendant Raymond Evans's Motion to Continue Trial Date and Pretrial Deadlines is taken under advisement.

Court to issue an Order.

*Submitted by: Bernie Aurio, Courtroom Manager*