LEWITAS HYMAN PC
DANIEL HILDEBRAND     (*pro hac vice*)
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Phone: (312) 479-0428
Email: dhildebrand@securitieslaw.com

CASE LOMBARDI, A Law Corporation

| | |
|---|---|
| MARK G. VALENCIA | 6783 |
| MICHELLE J. CHAPMAN | 9351 |
| JAMES W. ROONEY | 11361 |

737 Bishop Street, Suite 2600
Honolulu, Hawai'i 96813
Phone: (808) 547-5400
Email: mgv@caselombardi.com
　　　　mjc@caselombardi.com
　　　　jwr@caselombardi.com

Attorneys for Defendant
RAYMOND EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>RAYMOND EVANS, <br><br>　　　　Defendant. | CV 22-00062-JAO-KJM <br><br> NOTICE OF WITHDRAWAL OF FORMER PRO HAC VICE COUNSEL AND APPEARANCE OF SUBSTITUTE COUNSEL FOR DEFENDANT RAYMOND EVANS <br><br> Judge: The Honorable Jill A. Otake <br> Trial Date: January 16, 2024 |

### NOTICE OF WITHDRAWAL OF FORMER PRO HAC VICE COUNSEL AND APPEARANCE OF SUBSTITUTE COUNSEL FOR DEFENDANT RAYMOND EVANS

Notice is hereby given that, subject to approval by the court, and pursuant to

/D.Hildebrand

Rule 83.5 of the Local Rules of the United States District Court for the District of Hawaii, Mark G. Valencia, Esq. of the law firm Case Lombardi, a Law Corporation, hereby substitutes as counsel of record in place of Daniel Hildebrand, Esq. and the law firm Lewitas Hyman PC.  Withdrawing counsel no longer represents Defendant Raymond Evans and on this basis submits there is good cause to support this request to withdraw as pro hac vice counsel for Mr. Evans in this matter.

Co-counsel Michelle J. Chapman, Esq. and James W. Rooney, Esq., also of the law firm Case Lombardi, will remain as counsel for Defendant Raymond Evans.

DATED: Honolulu, Hawaii, October 10, 2023.

/s/ Michelle J. Chapman
MARK G. VALENCIA
MICHELLE J. CHAPMAN
JAMES W. ROONEY
Attorneys for Defendant
RAYMOND EVANS

/s/ Daniel Hildebrand
DANIEL HILDEBRAND (pro hac vice)
Withdrawing Attorney for Defendant
RAYMOND EVANS

CONSENTED TO BY:

Defendant RAYMOND EVANS

/D.Hildebrand

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaiʻi, October 11, 2023.

Kenneth J. Mansfield
United States Magistrate Judge

CV 22-062 JAO-KJM; *HH Associates, U.S., Inc., v. Evans;* Notice of Withdrawal of Former Pro Hac Vice Counsel and Appearance of Substitute Counsel for Defendant Raymond Evans