**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER J. COLE      5781-0
RONALD TANG          11034-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com
rtang@marrjones.com

PETER A. STEINMEYER *(Pro Hac Vice)*
(MO Bar 38305; IL Bar No. 6211874)
A. MILLIE WARNER *(Pro Hac Vice)*
RIDHI D. MADIA *(Pro Hac Vice)*
ERIK W. WEIBUST *(Pro Hac Vice)*
EPSTEIN BECKER & GREEN, P.C.
227 West Monroe Street, Suite 3250
Chicago, IL 60606
Tel. No. (312) 499-1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com

Attorneys for Plaintiff
HH ASSOCIATES, U.S., INC.,
as successor to INNERWORKINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC., <br><br>          Plaintiff,<br><br>   vs. | CIVIL NO. CV22-00062 JAO-KJM<br><br>NOTICE OF APPEARANCE OF RONALD TANG AS COUNSEL FOR PLAINTIFF HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC. |

1527335

RAYMOND EVANS,

　　　　　　Defendant.

Trial:
Date:  January 16, 2024
Time: 9:00 a.m.
Judge:  Honorable Jill A. Otake

## NOTICE OF APPEARANCE OF RONALD TANG AS COUNSEL FOR PLAINTIFF HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC.

PLEASE TAKE NOTICE that Ronald Tang, of the law firm of Marr Jones & Wang, a Limited Liability Law Partnership, hereby enters his appearance as counsel for Plaintiff HH Associates, U.S., Inc., as successor to Innerworkings, Inc. in the above-referenced matter.

DATED:     Honolulu, Hawaii, November 2, 2023.


*/s/ Ronald Tang*
CHRISTOPHER J. COLE
RONALD TANG
PETER A. STEINMEYER
A. MILLIE WARNER
RIDHI D. MADIA
ERIK W. WEIBUST

Attorneys for Plaintiff
HH ASSOCIATES, U.S., INC.,
as successor to INNERWORKINGS,
INC.

2

1527335