**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| CHRISTOPHER J. COLE | 5781-0 |
| RONALD TANG | 11034-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com
rtang@marrjones.com

PETER A. STEINMEYER (Pro Hac Vice)
(MO Bar 38305; IL Bar No. 6211874)
A. MILLIE WARNER (Pro Hac Vice)
RIDHI D. MADIA (Pro Hac Vice)
ERIK W. WEIBUST (Pro Hac Vice)
EPSTEIN BECKER & GREEN, P.C.
227 West Monroe Street, Suite 3250
Chicago, IL  60606
Tel. No. (312) 499-1400
psteinmeyer@ebglaw.com
mwarner@ebglaw.com

Attorneys for Plaintiff
HH ASSOCIATES, U.S., INC.,
as successor to INNERWORKINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC.,<br><br>                    Plaintiff,<br><br>     vs. | CIVIL NO. CV22-00062 JAO-KJM<br><br>NOTICE OF WITHDRAWAL OF AND SUBSTITUTION FOR PRO HAC VICE COUNSEL, RIDHI D. MADIA, FOR PLAINTIFF HH ASSOCIATES, U.S., INC. |

1540804.1

|  |  |
|---|---|
| RAYMOND EVANS,<br><br>            Defendant. | Trial: No Date Currently Set<br><br>Judge: Honorable Jill A. Otake |

### NOTICE OF WITHDRAWAL OF AND SUBSTITUTION FOR PRO HAC VICE COUNSEL, RIDHI D. MADIA, <u>FOR PLAINTIFF HH ASSOCIATES, U.S., INC.</u>

Notice is hereby provided that, for good cause and subject to approval of the Court pursuant to Rule 83.5 of the Local Rules, Ridhi D. Madia withdraws as counsel for Plaintiff HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC. ("Plaintiff") and is substituted by Plaintiff's existing counsel of record, namely: Christopher J. Cole and Ronald Tang of the law firm of Marr Jones & Wang, and Peter A. Steinmeyer, A. Millie Warner and Erik W. Weibust, admitted *pro hac vice,* of the law firm Epstein Becker & Green, each of whom shall remain and continue as counsel for Plaintiff in this case.

DATED:   Honolulu, Hawaii, January 17, 2024.

>   */s/ Christopher J. Cole*
>   CHRISTOPHER J. COLE
>   RONALD TANG
>   PETER A. STEINMEYER
>   A. MILLIE WARNER
>   RIDHI D. MADIA
>   ERIK W. WEIBUST
>
>   Attorneys for Plaintiff
>   HH ASSOCIATES, U.S., INC.,
>   as successor to INNERWORKINGS,
>   INC.