BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER     4750
LANSON K. KUPAU         5687
KELLY HIGA BROWN        9556
LANSON K. KUPAU II      11737
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail:   mbronster@bfrhawaii.com
          lkupau@bfrhawaii.com
          khiga@bfrhawaii.com
          dkupau@bfrhawaii.com

GREENBERG TRAURIG, P.A.
Jennifer W. Corinis (pro hac vice)
101 E. Kennedy Blvd., Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
E-mail:   jennifer.corinis@gtlaw.com

Attorneys for Defendant
RAYMOND EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HH ASSOCIATES, U.S., INC., as successor to INNERWORKINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND EVANS,<br><br>Defendant. | CV 22-00062-JAO-KJM<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS FOR ATTORNEY JENNIFER W. CORINIS**<br><br>Judge: The Honorable Jill A. Otake<br>Trial Date: Continued from January 16, 2024 |

Pursuant to Local Rule of Civil Procedure 83.1(e), Defendant Raymond Evans hereby notifies the Court of the change of affiliation and address for one of his counsel, Jennifer W. Corinis.  Ms. Corinis is admitted pro hac vice in this matter as counsel for Defendant Raymond Evans.

Effective **February 19, 2024,** Ms. Corinis's new firm affiliation, address, telephone number, and e-mail address are as follows:

> Jennifer W. Corinis
> Oberheiden, P.C.
> 610 E. Zack St.
> Suite 110-4079
> Tampa, FL  33602
> 813-758-3825
> jennifer@federal-lawyer.com

i

DATED: Honolulu, Hawai'i, February 15, 2024.

*/s/ Jennifer W. Corinis*
JENNIFER W. CORINIS (Pro Hac Vice)
MARGERY BRONSTER
LANSON KUPAU
Attorneys for Defendant
RAYMOND EVANS