# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-CV-00062-JAO-KJM |
| CASE NAME: | HH ASSOCIATES, U.S., INC., vs. Raymond Evans |
| ATTY FOR PLA: | Christopher J. Cole<br>Peter A. Steinmeyer<br>Allison M. Warner |
| ATTY FOR DEFT: | Margery S. Bronster<br>Jennifer W. Corinis |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | ZOOM |
| DATE: | 03/05/2024 | TIME: | 9:45 AM-10:02 AM |

COURT ACTION: EP:   TELEPHONIC STATUS CONFERENCE hearing held.

Also present by phone is Adam Wolek for non-party Smart Source.

Discussion held. Dates are given as follows:

| Trial Date:[1] | Date |
|---|---|
| 1) Jury Selection/Jury Trial to follow before Judge Otake | 09/03/2024 9:00 AM<br>**Location:** Aha Kanawai |
| **Amending Pleadings:** | |
| 2) Deadline to file motions for leave to join additional parties or to amend pleadings | Closed |
| **Expert Witnesses:** | |
| Under Rule 26(a)(2), each party shall disclose the identity and written disclosures of any person who may present expert evidence: | |
| -  3a) Plaintiff(s) shall comply by: | Closed |
| -  3b) Defendant(s) shall comply by: | Closed |

| **Discovery:** | |
|---|---|
| 5a) Discovery deadline[2] | Closed |
| 5b) All discovery motions and letter briefs shall be filed by | Closed |
| **Motions:** | |
| 6) Dispositive motions shall be filed by | Closed |
| 7) All other non-dispositive motions including any motion requiring an evidentiary hearing (including Daubert motions) shall be filed by. This deadline does not include motions in limine or discovery motions. | Closed |
| 8a) Motions in Limine shall be filed by | 08/06/2024 |
| 8b) Opposition Memo to a Motion in Limine shall be filed by | 08/13/2024 |
| **Settlement:**[3] | |
| 9) The Settlement Conference before Magistrate Judge Mansfield | 05/14/2024 11:00 AM **Location:** Chambers of Magistrate Judge Kenneth J. Mansfield |
| 10) Confidential Settlement Conference Statements[4] submitted in pdf to Magistrate Judge Mansfield's Orders inbox by | 05/07/2024 |
| **Trial and Final Pretrial:** | |
| 12) Final Pretrial Conference before Magistrate Judge Mansfield | 07/19/2024 9:45 AM **Location:** Telephonic Hearing |
| 13) Pretrial Statements[5] shall be filed by | 07/12/2024 |
| Other trial-related deadlines:[6] | |
| - 14) Exhibit list and demonstrative aids | 08/06/2024 |
| - 15) Final witness list | 08/13/2024 |
| - 18) Stipulations re: authenticity/admissibility of proposed exhibits | 08/13/2024 |
| - 19a) Deposition excerpt designations | 08/13/2024 |
| - 19b) Depositions counter-designations and objections | 08/20/2024 |

| | | |
|---|---|---|
| - | 20) Trial Brief | 08/20/2024 |
| - | 21) Objections to the admissibility of exhibits | 08/20/2024 |
| - | 22a) An original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by | 08/27/2024 |
| - | 22b) Thumb drive of all exhibits to be submitted to the court by | 08/27/2024 |
| - | 27) Voir dire questions, special verdict form, Concise statement of the case, and Jury Instructions | 08/20/2024 |
| 28) Final Pretrial Conference before Trial Judge Otake | | 08/20/2024 10:00 AM **Location:** Aha Kanawai |

**Other Matters**

The Confidential Settlement Conference Statements shall be delivered (one-set, double-sided) to the Clerk's Office **and** delivered electronically by emailing it to mansfield_orders@hid.uscourts.gov.

For all telephonic hearings set before Magistrate Judge Kenneth J. Mansfield, parties are to participate via telephone through the Court's <u>Zoom Teleconference</u>. Please see below for call-in information. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-833-568-8864
Access Code: 160 8983 1896

The parties are directed to review the *General Civil Case Procedures Before Judge Otake* available on the court's website.

Court to prepare an Amended Rule 16 Scheduling Order.

*Submitted by: Bernie Aurio, Courtroom Manager*

**Information Sheet:**

[1] All counsel and self-represented litigants shall proceed with diligence to take all steps necessary to bring an action to readiness for trial. When it appears that counsel or a self-represented party is not prosecuting the case with such diligence, the court may impose sanctions, including dismissal of the case after notice and an opportunity to be heard. See L.R. 16.1. The parties must file a motion or joint stipulation to continue trial or other related deadlines. Even if by stipulation or an unopposed motion, the parties must provide sufficient information for the court to find "good cause" for "modifying a schedule." Fed. R. Civ. Pro. 16(b)(4).

[2] Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure 26 through and including Rule 37 must be completed by the discovery deadline, including all responses to discovery requests.

[3] If a consent case settles, parties shall notify chambers as soon as possible. Before the court will vacate all dates and deadlines, counsel and parties proceeding pro se should be prepared to place the material terms of the settlement on the record, by telephone or in person, or submit a settlement agreement or joint letter that sets forth the material terms. An attorney who fails to give the court prompt notice of settlement may be subject to such discipline as the court deems appropriate.

[4] The parties are directed to Local Rule 16.5(b) for requirements of the Confidential Settlement Conference Statement. The parties shall exchange written offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

[5] The parties are directed to Local Rule 16.4(b) for required contents of the pretrial statements.

[6] Trial-related deadlines will likely differ depending on the trial judge but will include deadlines related to: motions in limine and responses; exchange of witness and exhibit lists; trial briefs, jury instructions, voir dire, deposition designations, the verdict form, and, in a non-jury case, the findings of fact and conclusions of law.