# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-CV-00062-JAO-KJM |
| CASE NAME: | HH Associates, U.S., Inc. V. Raymond Evans |
| ATTY FOR PLA: | Christopher J. Cole |
| ATTY FOR DEFT: | Lanson K. Kupau |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 04/25/2024 | TIME: | 10:59 - 11:10 |

COURT ACTION: EP: [100] DEFENDANT'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING CONFERENCE ORDER, FILED MARCH 5, 2014 held.

Arguments heard.

[100] Defendant's Motion to Amend Amended Rule 16 Scheduling Conference Order, Filed March 5, 2014 is taken under advisement.

Court to issue an Order.

*Submitted by: Bernie Aurio, Courtroom Manager*