**MARR JONES & WANG**

A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

May 1, 2024

*Via E-Mail* bbb@hid.uscourts.gov

Magistrate Judge Kenneth J. Mansfield
United States District Court, District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, C-338
Honolulu, Hawaii  96850

        Re:   *HH Associates, U.S., Inc., as successor to InnerWorkings, Inc. v. Raymond Evans*, Case No. 22-cv-00062

Dear Judge Mansfield:

        As I mentioned at the hearing last week, the parties in the related Florida suit agreed to mediate before Judge Sidney Schenkier (Ret.) in Chicago on May 20, 2024, and in light of this development both sides agreed at the hearing that the currently scheduled 5/14/24 mediation date no longer makes sense.  I write to ask that Your Honor kindly consider vacating this date formally so counsel can take it off their respective calendars.  Thank you.

        Very truly yours,

        /s/ *Christopher J. Cole*

        Christopher J. Cole

cc:    All counsel of record

CJC/bcc