**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| CHRISTOPHER J. COLE | 5781-0 |
| (*ccole@marrjones.com*) | |
| CECILY D.M. KAYA | 10397-0 |
| (*ckaya@marrjones.com*) | |

1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

PETER A. STEINMEYER (Pro Hac Vice)
(MO Bar 38305; IL Bar No. 6211874)
  (*psteinmeyer@ebglaw.com*)
A. MILLIE WARNER (Pro Hac Vice)
  (*mwarner@ebglaw.com*)
ERIK W. WEIBUST (Pro Hac Vice)
  (*eweibust@ebglaw.com*)
EPSTEIN BECKER & GREEN, P.C.
227 West Monroe Street, Suite 3250
Chicago, IL  60606
Tel. No. (312) 499-1400

Attorneys for Plaintiff
HH ASSOCIATES U.S., INC.,
as successor to INNERWORKINGS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HH ASSOCIATES U.S., INC., as successor to INNERWORKINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND EVANS,<br><br>Defendant. | CIVIL NO. CV22-00062 JAO-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br><br><br><br>Trial Date:  September 24, 2024<br>Judge:  Hon. Jill A. Otake |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES AND ORDER

IT IS HEREBY STIPULATED, by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  There are no remaining parties and/or issues.

This stipulation is based on Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  Each party agrees to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii, October 8, 2024.

    /s/ *Christopher J. Cole*
CHRISTOPHER J. COLE
CECILY D.M. KAYA
PETER A. STEINMEYER
A. MILLIE WARNER
ERIK W. WEIBUST
CAROLYN O. BOUCEK

Attorneys for Plaintiff
HH ASSOCIATES, U.S., INC.,
as successor to INNER WORKINGS, INC.

    /s/ *Lanson K. Kupau*
MARGERY S. BRONSTER
LANSON K. KUPAU
KELLY HIGA BROWN
LANSON K. KUPAU II
JENNIFER W. CORINIS

Attorneys for Defendant
RAYMOND EVANS

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

---

*HH Associates, U.S., Inc., as successor to Innerworkings, Inc. v. Raymond Evans*, Civil No. CV22-00062 JAO KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES AND ORDER

2